**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1174-VAP (VBKx)					Date:  September 30, 2008

Title:	LASALLE BANK NATIONAL ASSOCIATION, et al. -v- FRANK PETERS, et al.
===============================================================
PRESENT:	HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:	MINUTE ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

Defendants have failed to respond to the Court's Order to Show Cause, entered September 24, 2008.  Finding no grounds for federal jurisdiction in this case, the Court REMANDS the action to the California Superior Court, San Bernardino County.

**IT IS SO ORDERED.**